UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LARNELL DARIUS MICHAEL COLLIER,

        Plaintiff,

                                      Case No. 10-11310

v.

                                  HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/


**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 8)**
**AND**
**DISMISSING CASE**

      This is a social security case.  On April 1, 2010, plaintiff Larnell Darius Michael

Collier, proceeding pro se, filed this action challenging the final determination of the

Commissioner of Social Security (Commissioner) that he is not disabled and therefore

not entitled to disability insurance benefits.  The matter was referred to a magistrate

judge for all pretrial proceedings.  To date, plaintiff has not served the Commissioner.

      On March 2, 2010, the magistrate judge issued a report and recommendation

(MJRR) recommending that the complaint be dismissed for failure to prosecute under

E.D. Mich. LR 41.2, failure to serve the summons and complaint in accordance with

Fed. R. Civ. P. 4(c), and for failure to respond to the magistrate judge's show cause

order.

      Plaintiff has not filed objections to the MJRR and the time for filing objections has

passed.  A failure to file objections to the report and recommendation waives any further

right to appeal.  <u>Smith v. Detroit Federation of Teachers Local 231</u>, 829 F.2d 1370,

1373 (6th Cir. 1987).  Likewise, the failure to object to the magistrate judge's report

releases the Court from its duty to independently review the motions. <u>Thomas v. Arn</u>,

474 U.S. 140, 149 (1985).  However, the Court has reviewed the MJRR and agrees with

the magistrate judge.

Accordingly, the MJRR is ADOPTED as the findings and conclusions of the

Court.  This case is DISMISSED for the reasons stated in the MJRR.

SO ORDERED.


_S/Avern Cohn_____
AVERN COHN
UNITED STATES DISTRICT JUDGE


Dated:  March 24, 2011


I hereby certify that a copy of the foregoing document was mailed to **Larnell Darius Michael Collier, 13901 Edmore, Detroit, MI 48205** andthe attorneys of record on this date, March 24, 2011, by electronic and/or ordinary mail.


_S/Johnetta Curry-Williams_____
In the absence of
Case Manager Julie Owens

2